UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re: Basil Roy Gordon
Jireh T Gordon

Case No. 103-16880-dem
Chapter: 7

Debtor(s)  Basil Roy Gordon
---------------------------------------------------------x  Jireh T Gordon

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Basil Roy Gordon, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter __7__ of the Bankruptcy Code on __5-27-03__.

2. Filed herewith is an amendment to __F__ _[indicate list(s), schedule(s) or statement(s) being amended]_ previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: Aug 1, 2003

Sworn to before me this 31st
day of July, ~~1992~~ 2003

_Yasmin Mele_
Notary Public, State of New York

(Signature of Debtor)
_Basil Roy Gordon_

YASMIN MELE
NOTARY PUBLIC, State of New York
No. 01ME6063871
Qualified in Orange County
Commission Expires July 28, 2006

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63

Rev. 6/25/99

Form B6 F, 9-97

In re: Basil Roy Gordon
Sireth T Gordon
Debtor(s)   Case No. 103-16880-dem (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # All Taxi Management 24-29 Jackson Ave L.I. City N.Y. 11101 | | | 5-26-03 | | $3000 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

___ Continuation Sheets attached.

Subtotal -> $
(Total of this page)

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.
** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Total -> $
(use only on last page of completed Schedule F.)

All taxi management
24-29 Jackson ave
L.I. city N.Y. 11101